# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 23, 2014

## NO. 03-12-00455-CV

**In the Matter of D. G.**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the juvenile court's judgment of adjudication and order of probation. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the juvenile court's judgment of adjudication and order of probation. Therefore, the Court affirms the juvenile court's judgment of adjudication and order of probation. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.